20210813091221

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET, RULE 7.1 CORPORATE DISCLOSURE STATEMENT** EFFECTED (1) BY ME: **GIANFRANCO MAUCIONE** TITLE: **PROCESS SERVER** | DATE: **8/13/2021 10:45:05 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

CROSS RIVER BANK

Place where served:

400 KELBY STREET   FORT LEE   NJ   07024

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ADALGISA ALICEA

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: BROWN   HAIR: BROWN   OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DocuSign Court Approved E-Signature
*GIANFRANCO MAUCIONE*

DATE: 08/13/2021   ——6589FA8B386A4AC——   L.S.

SIGNATURE OF GIANFRANCO MAUCIONE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   A. ROSS PEARLSON ESQ.
PLAINTIFF:   HARBORVIEW CAPITAL PARTNERS
DEFENDANT:   CROSS R I V E R BANK
VENUE:   DISTRICT
DOCKET:   2 21 CV 15146
COMMENT: