**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HARBORVIEW CPITAL PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CROSS RIVER BANK, <br><br> Defendant. | Docket No. 2:21-cv-15146-KM-ESK <br><br> NOTICE OF MOION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO *FED. R. CIV. P.* 12(b)(6) <br><br> Return Date: November 1, 2021 <br><br> ORAL ARGUMENT REQUESTED |

**PLEASE TAKE NOTICE** that on November 1, 2021, or such other date as set by the Court, Defendant Cross River Bank, by and through its counsel, Kaufman Dolowich & Voluck, LLP, will move before the Honorable Kevin McNulty, U.S.D.J., Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for entry of an Order dismissing the Complaint in its entirety for failure to state a claim, pursuant to *Fed. R. Civ. P.* 12(b)(6).

**PLEASE TAKE FURTTHER NOTICE**, that in support of their motion, Defendant will rely upon the Brief and Certification of Jennifer Casazza Carter, Esq. submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant respectfully requests oral argument.

                              **KAUFMAN DOLOWICH VOLUCK, LLP**

                          BY:   */s/Iram P. Valentin, Esq.*
                                 Iram P. Valentin, Esq.
                                 Jennifer Casazza Carter, Esq.
                                 Court Plaza North
                                 25 Main Street, Suite 500
                                 Hackensack, New Jersey 07601
                                 (T): (201) 488-6655
                                 Ivalentin@kdvlaw.com
                                 jcasazza@kdvlaw.com
                                 *Attorneys for Defendant, Cross River Bank*

Dated: October 4, 2021