UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HARBORVIEW CAPITAL PARTNERS, LLC,**<br><br>　　**Plaintiff,**<br><br>　　v.<br><br>**CROSS RIVER BANK,**<br><br>　　**Defendant.** | Civ. No. 21-15146-KM-ESK<br><br>**ORDER** |

　　Before the Court is the motion (DE 21) of Defendant Cross River Bank ("Cross River") to dismiss the Complaint (DE 1) of Harborview Capital Partners, LLC for failure to state a claim. The Court having considered the papers in support and in opposition (DE 26; DE 30; DE 36; DE 37) and decided the motion without oral argument; for the reasons stated in the Opinion filed on this date, and for good cause shown;

　　**IT IS** this 26th day of April, 2022

　　**ORDERED** that the Cross River's motion (DE 21) is **GRANTED**;

　　This order is entered without prejudice to the submission within 30 days of a properly supported motion to amend the complaint.

　　　　　　　　　　　　　　　　　　　　/s/ Kevin McNulty

　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　KEVIN MCNULTY
　　　　　　　　　　　　　　　　　　　　United States District Judge