## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HARBORVIEW CAPITAL PARTNERS, LLC,**<br><br>   **Plaintiff,**<br><br>  v.<br><br>**CROSS RIVER BANK,**<br><br>   **Defendant.** | **Case No. 21–cv–15146–KM–ESK**<br><br>**ORDER** |

   **THIS MATTER** having come before the Court on defendant's request (Request) to stay discovery (ECF No. 94); and plaintiff having opposed the Request (ECF No. 95) and the Court having held a hearing on the Request on September 12, 2023; and for the reasons stated on the record at the hearing,

   **IT IS** on this **12th** day of **September 2023** **ORDERED** that:

  1. The Request is **GRANTED**.

  2. Discovery shall be stayed and no conferences shall be scheduled until defendant's motion for summary judgment (ECF No. 78) has been decided.


            */s/ Edward S. Kiel*
           EDWARD S. KIEL
           UNITED STATES MAGISTRATE JUDGE