CHIESA SHAHINIAN & GIANTOMASI PC
A. Ross Pearlson, Esq.
Brigitte M. Gladis, Esq.
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 530-2100
Facsimile: (973) 530-2300

FRANKEL, RUBIN, KLEIN, PAYNE
 & PUDLOWSKI, P.C.
Mayer S. Klein, Esq. (*pro hac vice*)
231 South Bemiston Avenue, Suite 1111
Clayton, MO 63105
Telephone: 314.725.8000
Facsimile: 314.726.5837
mklein@frankelrubin.com

*Attorneys for Plaintiff*
*Harborview Capital Partners, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HARBORVIEW CAPITAL PARTNERS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> CROSS RIVER BANK, <br><br> Defendant. | Civil Action:  2:21-cv-15146-EP-SDA <br><br> **FILED ELECTRONICALLY** <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE OF REID S. SIMPSON, ESQ.** |

      PLEASE TAKE NOTICE that the attorney Reid S. Simpson, who was admitted *pro hac vice* and is currently listed as counsel of record for Plaintiff Harborview Capital Partners, LLC and listed as associated to Frankel, Rubin, Klein, Payne, & Pudlowski, P.C., hereby withdraws his appearance as counsel for Harborview Capital Partners, LLC as the result of disassociating from Frankel, Rubin, Klein, Payne & Pudlowski, P.C. Chiesa Shahinian & Giantomasi PC, and its attorneys, and Frankel, Rubin, Klein, Payne & Pudlowski, P.C., and its other attorneys, who

2

have appeared in this case will continue to represent Harborview Capital Partners, LLC in this action.

Dated: May 1, 2025

                                                  CHIESA SHAHINIAN & GIANTOMASI PC

                                                  By: *s/A. Ross Pearlson*
                                                        A.ROSS PEARLSON